IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

In the Matter of:  Case No.:
**TRC FARMS, INC.,**  20-00309-5-JNC
Debtor.  Chapter 11

## APPLICATION FOR APPROVAL OF COMPENSATION
## TO ACCOUNTANT

Pursuant to the provisions of Sections 327, 329 and 1107(a) of the Bankruptcy Code, the undersigned, David J. Haidt, Attorney for the Debtor, hereby makes application to the Court for approval of fees to Carr, Riggs and Ingram, LLC (hereinafter "CRI") Certified Public Accountants, pursuant to Section 503(b) of the Bankruptcy Code, in connection with the services rendered said accountant to date in the course of this Chapter 11 proceeding; and, in support of this petition and application, shows unto the Court as follows:

## NARRATIVE STATEMENT OF CASE

1. The Debtor filed a voluntary Chapter 11 Petition on the January 23, 2020, and is a Debtor-in-Possession as defined by the United States Bankruptcy Code.

2. The Debtor filed an Application with this Court to employ CRI as accountant in this case on January 27, 2020, and this Court approved said employment pursuant to an Order entered February 11, 2020.

3. That an Application for approval of the employment of CRI provided to allow said accounting firm to perform accounting work for the Debtor.

4. To date, the accounting firm has performed assorted accounting work in connection with the bankruptcy filing.

5. CRI has expended valuable time in advising the Debtor and rendering such accounting services as were necessary and proper, as more specifically set forth on the itemization in Exhibit "A" attached hereto. Said accounting services were performed on behalf of the Debtor only.

6. The Debtor hereby makes this application for the allowance of accountant's fees pursuant to applicable provisions of Statutory and case law, and asks the Court to consider the following factors in the allowance of the same:

> (a) Time and labor expended.
> (b) Novelty and difficulty of the questions raised.
> (c) Skill required to properly perform the accounting services rendered.
> (d) Customary fees for like work.
> (e) Time limitations imposed by the client or circumstances.
> (f) Experience, reputation and ability of the accountant.
> (g) Nature and length of the professional relationship
> between accountant and client.

7. All the services for which compensation is requested by the accountant were performed by or on behalf of the Debtor and not on behalf of any committee, creditors or other persons.

1

8. The services performed by your undersigned were services for which the accountant held the sole responsibility and were not services for which any other party, attorney, or any person had responsibility to the exclusion of the Debtor or the Debtor's attorney.

9. No commission, fee, allowance or any other payment to the accountant has been computed on any funds paid back to the Debtor, any exemption to which the Debtor would be entitled or any comparable payment representing a refund or reimbursement to the Debtor.

10. This Application for compensation is in compliance with the standards set forth in the Bankruptcy Code, the applicable case law and other non-bankruptcy statutes and case law.

WHEREFORE, your undersigned prays that the Debtor be allowed to pay compensation to the accounting firm of CRI in the total sum of Five Thousand Two Hundred Sixty-Two Dollars and 95/100 ($5,262.95) for work performed on behalf of the above Debtor from January 23, 2020 to March 12, 2020.

DATED: April 16, 2020.

/s/ David J. Haidt
David J. Haidt
Ayers & Haidt, P.A.
Attorneys for Debtor
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
N.C. State Bar 22092
davidhaidt@embarqmail.com

cc: Bankruptcy Administrator (via: CM/ECF)

TRC Farms, Inc. (via: CM/ECF)

# William O. Austin, CPA

William "Bill" offers more than 25 years of experience in accounting and advisory services to businesses such as professional service firms (including physicians and attorneys), restaurants, agriculture, real estate developers, construction contractors, and private foundations. Additionally, he delivers specialized expertise in the area of employee benefit plan audits. He also provides litigation support and has served as a court-appointed receiver in several business disputes.

**Professional Designations**
Certified Public Accountant (CPA)

**Education**
East Carolina University, Bachelor's

# STEVEN ANDREW DARNELL

PO Box 1547, New Bern, NC 28563 | 252-633-5821 | adarnell@cricpa.com

## EDUCATION

North Carolina State University
**Bachelor of Science in Accounting**     2008
Minor: Agribusiness

The University of North Carolina at Wilmington
**Master of Science in Accountancy**     2009
Concentration: Tax/Audit

## RELATED EXPERIENCE

Pittard Perry and Crone Inc.
**Staff Accountant/Senior Accountant**     July 2009 – June 30, 2013
Preparation of tax returns, financial statements, and financial projections including present and future value calculations of annuities, annualized income, and dividend reinvestment back test calculations.

Carr, Riggs & Ingram, LLC
**Supervising Senior/Manager**     July 1, 2013 – Present
Preparation and review of tax returns, financial statements, and financial projections. Research tax and accounting issues and resolutions/recommendations for those issues.

## MEMBERSHIPS

North Carolina Certified Public Accountant     Certificate Number 35385
North Carolina Association of Certified Public Accountants
American Institute of Certified Public Accountants
United Way of Coastal Carolina Board

Rosa C Perrien

Rosa C. Perrien attended Strayer University from 2009 – 2011 where she enrolled in the Master of Science Accounting Program. She also attends regularly CPA Academy courses, for continue education in Tax and Bookkeeping. Rosa C. Perrien is a Notary Public for NC since 01/04/2019.

# Christopher Jones

Christopher Jones attended the University of North Carolina at Greensboro from 1995 through 2000, graduating with a Bachelor of Arts in Psychology and German Studies. He decided not to pursue those areas of study, electing to manage a small retail establishment for a number of years. He later attended the College of Business at East Carolina University, graduating in 2012 with a Master of Science in Accounting. After graduating, he worked for a time with the North Carolina Department of Revenue as a Field Auditor and then as a Chapter 13 Clerk for Richard M. Stearns, Chapter 13 Trustee. Currently, he is employed as a Staff Accountant working as a Bookkeeper with the firm of Carr, Riggs, & Ingram, LLC at their New Bern, NC office.

# Jennifer C. Smith

Jennifer C. Smith received a Bachelor of Science in Business Administration in 2015 and a Master of Science in Accounting in December 2016 from East Carolina University located in Greenville, North Carolina. She fulfilled all requirements to practice as a Certified Public Accountant and received her designation in October 2018 from the North Carolina State Board of Certified Public Accountant Examiners. She has worked with the public accounting firm Carr, Riggs, & Ingram, LLC since December 2014 starting as an intern. She is currently a Senior Accountant with a focus in taxation. She is a member of the American Institute of Certified Public Accountants and the North Carolina Association of Certified Public Accountants.



**CPAs and Advisors**

*PO Box 1547*
*New Bern, NC 28563*
*252.633.5821*
*Federal ID 72-1396621*

T R C Farms, Inc.
P O Box 460
Cove City, NC 28523

Invoice No.   16872627 (include on check)
Date          03/31/2020
Client No.    01-00393.000

Professional services rendered as follows:

See detailed billing.

|  |  |  |
|---|---|---|
| Current Amount Due | $ | 5,262.95 |
| Prior Balance |  | 0.00 |
| Total Amount Due | $ | 5,262.95 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 5,262.95 | 0.00 | 0.00 | 0.00 | 0.00 | 5,262.95 |

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 03/31/2020     Client No: 01-00393
Invoice Number: 16872627   Total Amount Due: $   5,262.95    T R C Farms, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.

# TRC Farms, Inc.
# BILLING DETAIL

| Date | Staff | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 1-23-20 | Jones | Weekly payroll for January. | 90.00 | 1.00 | 90.00 |
| 1-23-20 | Perrien | Reconcile ARMS statement and enter into Xero. Reconcile additional payment/ sales that were forward to pay Harvey Fertilizer. Create financial reports, upload to workpapers and send for review. | 80.00 | 2.00 | 160.00 |
| 1-24-20 | Jones | SUTA payment made on NCDES website. | 90.00 | .17 | 15.30 |
| 1-27-20 | Austin | Income reconciliation. | 250.00 | .50 | 125.00 |
| 2-5-20 | Smith | Preparation of 2019 – 1120S. | 115.00 | 4.15 | 477.25 |
| 2-6-20 | Jones | January payroll tax deposit. | 90.00 | .25 | 22.50 |
| 2-6-20 | Jones | Set-up new employees. | 90.00 | .33 | 29.70 |
| 2-6-20 | Jones | Weekly payroll for February. | 90.00 | 1.25 | 112.50 |
| 2-13-20 | Jones | Weekly payroll for February. | 90.00 | 1.00 | 90.00 |
| 2-20-20 | Jones | Weekly payroll for February. | 90.00 | 1.00 | 90.00 |
| 2-20-20 | Perrien | Respond to Joy Watson (Ayers & Haidt, PA) email, gathering information together to send to her. Phone conference with Bill and Joy to go over responses. | 80.00 | 2.80 | 224.00 |
| 2-21-20 | Perrien | Responded to Joy's email in regard to amount owed to Timmy Cox from TRC Farms. | 80.00 | .10 | 8.00 |
| 2-25-20 | Smith | Looked at register of deeds website to search for property transfers. | 115.00 | .75 | 86.25 |
| 2-26-20 | Jones | Weekly payroll for February. | 90.00 | .75 | 67.50 |
| 2-28-20 | Darnell | Tracing revenue entries to 1099s and ARMS transaction history. | 160.00 | 2.40 | 384.00 |

TRC Farms, Inc.
Billing Detail
Page 2

| Date | Staff | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 3-2-20 | Darnell | Tracing land sale documents. Searching for basis. Reconciling BB&T note activity. | 160.00 | 3.20 | 512.00 |
| 3-5-20 | Jones | February payroll tax deposits. | 90.00 | .33 | 29.70 |
| 3-5-20 | Jones | Weekly payroll for March. | 90.00 | .82 | 73.80 |
| 3-5-20 | Darnell | Preparing tax return after receiving BB&T loan activity. | 160.00 | 5.30 | 848.00 |
| 3-6-20 | Darnell | Reconciling loans and putting backup documents in workpaper. | 160.00 | 1.50 | 240.00 |
| 3-6-20 | Darnell | Reconciling land and timber sales and BB&T note payments. | 160.00 | 1.90 | 304.00 |
| 3-6-20 | Darnell | Reconciling revenues to 1099s received. | 160.00 | 3.35 | 536.00 |
| 3-7-20 | Darnell | Recording fixed asset transactions in Fixed Asset. | 160.00 | 3.00 | 480.00 |
| 3-7-20 | Darnell | Reconciling loan amounts. | 160.00 | 5.30 | 848.00 |
| 3-10-20 | Darnell | Tax return preparation. | 160.00 | 1.10 | 176.00 |
| 3-10-20 | Darnell | Reconciling shareholder basis items From Schedule L, M-2, S/H Basis Schedule and disallowed losses. | 160.00 | 3.65 | 584.00 |
| 3-11-20 | Darnell | Preparation of 2019 – 1120S. | 160.00 | .25 | 40.00 |
| 3-11-20 | Austin | Review of 2019 – 1120S. | 250.00 | 2.50 | 625.00 |
| 3-12-20 | Austin | Review of 2019 – 1120S. | 250.00 | .60 | 150.00 |
| 3-12-20 | Jones | Weekly payroll for March. | 90.00 | 1.00 | 90.00 |
| | | Total | | 52.25 | $7,518.50 |
| | | Less: Discount | | | (2,255.55) |
| | | | | | $ 5,262.95 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| **TRC FARMS, INC.,** | **20-00309-5-JNC** |
| Debtor. | Chapter 11 |

## NOTICE OF APPLICATION FOR
## APPROVAL OF COMPENSATION TO ACCOUNTANT

NOTICE IS HEREBY GIVEN that David J. Haidt, Attorney for the above captioned Debtor, has filed an Application for Approval of Compensation to the accounting firm of Carr, Riggs & Ingram, LLC of New Berrn, North Carolina (hereinafter "CRI"), pursuant to Sections 503(b) of the Bankruptcy Code.

FURTHER NOTICE IS HEREBY GIVEN that the accounting firm of CRI has incurred fees in the amount of Five Thousand Two Hundred Sixty-Two Dollars and 95/100 ($5,262.95) for services rendered in this case, pursuant to Section 503(b) with assorted accounting work in connection with the bankruptcy filing; and

FURTHER NOTICE IS HEREBY GIVEN that the Application for Approval of Compensation to Accountant Pursuant to Section 503(b) filed by David J. Haidt on behalf of the accounting firm of CRI may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within TWENTY ONE (21) DAYS from the date of this notice; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATED:     April 16, 2020

                                       /s/ David J. Haidt
                                       David J. Haidt
                                       Ayers & Haidt, P.A.
                                       Attorneys for Debtor
                                       Post Office Box 1544
                                       New Bern, North Carolina 28563
                                       Telephone: (252) 638-2955
                                       Facsimile: (252) 638-3293
                                       N.C. State Bar 22092
                                       davidhaidt@embarqmail.com

# CERTIFICATE OF SERVICE

I, David J. Haidt, Post Office Box 1544, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 16th day of April, 2020, a member of my staff served copies of the foregoing Application and Notice of Application For Approval of Compensation on the parties listed below by electronic service; and

That on the 16th day of April, 2020, a member of my staff served a copy of the foregoing Notice on those parties listed on Exhibit "A" attached hereto by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 16, 2020

                                                  /s/ David J. Haidt
                                                  David J. Haidt
                                                  Ayers & Haidt, P.A.
                                                  Post Office Box 1544
                                                  New Bern, North Carolina 28563
                                                  Telephone: (252) 638-2955
                                                  Facsimile: (252) 638-3293
                                                  N.C. State Bar 22092

cc:
BANKRUPTCY ADMINISTRATOR (Via CM/ECF)

TRC Farms, Inc. (Via CM/ECF)

Exhibit "A" attached

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 20-00309-5-JNC<br>Eastern District of North Carolina<br>Raleigh<br>Thu Apr 16 08:59:57 EDT 2020 | Bankruptcy Administrator<br>Two Hannover Square, Ste. 640<br>434 Fayetteville Street<br>Raleigh, NC 27601-1701 | Carr, Riggs & Ingram, LLC<br>P.O. Box 1547<br>New Bern, NC 28563-1547 |
| Employment Security Commission<br>PO Box 26504<br>Raleigh, NC 27611-6504 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Mossy Oak Properties NC Land & Farms<br>Attn: Andrew Walters<br>PO Box 996<br>Manteo, NC 27954-0996 |
| NC Department of Revenue<br>Office Services Div., Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | TRC Farms, Inc.<br>403 Loop Road<br>PO Box 460<br>Cove City, NC 28523-0460 | US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Building<br>Raleigh, NC 27601-1461 |
| U. S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 | AgCarolina Farm Credit<br>Matthew P. Weiner<br>P.O. Box 1801<br>Raleigh, NC 27602-1801 | AgCarolina Farm Credit, ACA<br>ATTN: Managing Agent/Officer<br>Po Box 12069<br>New Bern, NC 28561-2069 |
| AgriFund, LLC<br>ATTN: Managing Agent/Officer<br>310 B. Bratton Dr.<br>Garner, NC 27529-7827 | AgriFund, LLC/ARM<br>ATTN: Managing Agent/Officer<br>420 Throckmorton St., Ste. 110<br>Fort Worth, TX 76102-3711 | American Express<br>ATTN: Managing Agent/Officer<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T<br>ATTN: Managing Agent/Officer<br>PO Box 580050<br>Charlotte, NC 28258-0050 |
| BB&T<br>ATTN: Managing Agent/Officer<br>PO Box 580340<br>Charlotte, NC 28258-0340 | BB&T Item Processing Center<br>ATTN: Managing Agent/Officer<br>PO Box 580048<br>Charlotte, NC 28258-0048 | BB&T now Truist, Bankruptcy Management<br>100-50-01-51<br>P.O. box 1847<br>Wilson, NC 27894-1847 |
| CNH Capital America, LLC<br>ATTN: Managing Agent/Officer<br>100 Brubaker Avenue<br>New Holland, PA 17557-1661 | CNH Industrial Capital America LLC<br>PO Box 71264<br>Philadelphia, PA 19176-6264 | CNH Industrial Capital America, LLC<br>ATTN: Managing Agent/Officer<br>500 Diller Avenue<br>New Holland, PA 17557-9301 |
| Cove City Fertilizer<br>ATTN: Managing Agent/Officer<br>107 Sunset Blvd<br>Cove City, NC 28523-9589 | Craven County Tax Collector<br>ATTN: Managing Agent/Officer<br>PO Box 1128<br>New Bern, NC 28563-1128 | Gerard Seed Company<br>ATTN: Managing Agent/Officer<br>1041 East 4th Street<br>Washington, NC 27889-5173 |
| Harvey Fertilizer and Gas Co.<br>ATTN: Managing Agent/Officer<br>PO Box 189<br>Kinston, NC 28502-0189 | Harvey Fertilizer and Gas Co.<br>c/o J. Michael Fields, Esq.<br>Post Office Box 8088<br>Greenville, NC 27835-8088 | JP Morgan Chase Bank, NA<br>ATTN: Managing Agent/Officer<br>PO Box 901033<br>Fort Worth, TX 76101-2033 |



| | | |
|---|---|---|
| JoAnn Heath Cox<br>PO Box 460<br>Cove City, NC 28523-0460 | John Deere Financial<br>ATTN: Managing Agent/Officer<br>PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Financial, f.s.b., dba John Deere<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| Matthew P. Weiner<br>P.O. Box 1801<br>Raleigh, NC 27602-1801 | Meherrin Agricultural & Chemical Co.<br>ATTN: Managing Agent/Officer<br>PO Box 200<br>Severn, NC 27877-0200 | Meherrin Agricultural & Chemical Company<br>c/o J. Michael Fields, Esq.<br>Post Office Box 8088<br>Greenville, NC 27835-8088 |
| Monsanto Company<br>ATTN: Managing Agent/Officer<br>PO Box 204070<br>Dallas, TX 75320-4070 | Monsanto Company<br>c/o Sharon Hernandez-B2NB<br>800 N. Lindbergh Blvd<br>St. Louis MO 63167-0001 | NC Employment Security Commission<br>ATTN: Managing Agent/Officer<br>PO Box 263504<br>Raleigh, NC 27611 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Severn Peanut Co., Inc.<br>ATTN: Managing Agent/Officer<br>PO Box 710<br>Severn, NC 27877-0710 | Shelby Farm, LLC<br>ATTN: Managing Agent/Officer<br>PO Box 460<br>Cove City, NC 28523-0460 |
| Timmy Ray Cox<br>PO Box 460<br>Cove City, NC 28523-0460 | Vernice Hoyle & Alex Perjanytz<br>850 Lane Farm Road<br>Cove City, NC 28523-9315 | Ward & Smith, PC<br>ATTN: Managing Agent/Officer<br>PO Box 867<br>New Bern, NC 28563-0867 |
| David J Haidt<br>Ayers & Haidt, P.A.<br>PO Box 1544<br>307 Metcalf Street<br>New Bern, NC 28562-5687 | William O. Austin<br>Carr, Riggs & Ingram, LLC<br>P.O. Box 1547<br>New Bern, NC 28563-1547 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | BB&T<br>ATTN: Managing Agent/Officer<br>375 So. Front Street<br>New Bern, NC 28563-2133 | (d)Branch Banking & Trust Company<br>ATTN: Chad Fluno<br>PO Box 1847<br>Wilson, NC 27894-1847 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgCarolina Farm Credit, ACA | (u)Bankruptcy Administrator | (u)Harvey Fertilizer and Gas Co. |



(u) Truist Bank

(d) Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d) NC Department of Revenue
Office Services Div/Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

(u) Alex Perjanytz

(d) Timmy Ray Cox
PO Box 460
Cove City, NC 28523-0460

(u) Vernice Hoyle

End of Label Matrix
Mailable recipients   46
Bypassed recipients    9
Total                 55